UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOHN A. JOHNSON, JR.,

        Plaintiff,                               **JUDGMENT**
                                                  11-CV-385 (RRM)(MDG)

- against -

JEROME PUGH of the Queens County District
Attorneys Detectives Bureau, Shield 0106; DAVE
CHIN, ADA of the Queens County District Attorneys
Office; ANA GUZKOWSKI, Police Lab of the
Queens County District Attorneys Office; and
MABLE A. DOYLE,

        Defendants.
----------------------------------------------------------X

        A Memorandum and Order of the undersigned having been issued this day granting defendant's motion to dismiss and ordering the dismissal of plaintiff's claims, and directing the Clerk of the Court to close this case; it is

        ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; the amended complaint is dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York                      *Roslynn R. Mauskopf*
       June 18, 2013                           _____
                                                ROSLYNN R. MAUSKOPF
                                                United States District Judge